IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TAEH B. MITCHELL,<br><br>　　　　　　Defendants. | **4:19CR3139**<br><br>**ORDER** |

With leave of the court, defense counsel Toni M. Leija-Wilson withdrew from this case on June 17, 2020. The court directed the FPD to appoint a CJA attorney to represent the defendant. (Filing No. 60).

To date, a new attorney has not entered an appearance for this defendant.

Accordingly,

IT IS ORDERED:

1)	The change of plea hearing currently scheduled for July 8, 2020 is continued pending further order of the court.

2)	The clerk shall forward a copy of this order and a copy of Filing No. 60 to the Federal Public Defender.

Dated this 1st day of July, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge