IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TAEH B. MITCHELL,<br><br>　　　　　　　Defendant. | **4:19CR3139**<br><br>**ORDER** |

　　　　After reviewing the evaluation from the Federal Medical Center, (Filing No. 88), questioning Defendant, (Filing No. 102), and hearing defense counsel's assessment on this issue, the court finds Defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

　　　　Accordingly,

　　　　IT IS ORDERED that Defendant is competent to proceed with her case.


February 24, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge